**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Dhimant Patel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHIMANT PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS LIFESCIENCES CORPORATION, BERNARD J. ZOVIGHIAN, LARRY L. WOOD, and SCOTT B. ULLEM,<br><br>Defendants. | No.: 8:24-cv-02221-AH-KES<br><br>**NOTICE OF MOTION OF DHIMANT PATEL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Anne Hwang<br>Date: January 8, 2025<br>Time: 1:30 p.m.<br>Courtroom: #7D |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 8, 2025 at 1:30 p.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Anne Hwang situated at the First Street U.S. Courthouse, 350 West 1st Street, Courtroom 7D, Los Angeles, California, Plaintiff Dhimant Patel ("Plaintiff"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing Plaintiff as Lead Plaintiff on behalf of all investors who purchased or otherwise acquired Edwards Lifesciences Corporation ("Edwards" or the "Company") securities between February 6, 2024 to July 24, 2024, inclusive; and (ii) approving Plaintiff's choice of counsel as Lead Counsel. In support of this Motion, Plaintiff submits a Memorandum of Points and Authorities, the Declaration of Adam M. Apton and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Plaintiff is the most adequate plaintiff, as defined by the PSLRA, based on his loss of approximately $6,193.63 which was suffered as a result of Defendants' wrongful conduct as alleged in the above-referenced documents. Further, Plaintiff satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as his claims are typical of other Class members' claims and he will fairly and adequately represent the interests of the class.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to

the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Plaintiff's counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Plaintiff has been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to § 78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Plaintiff as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d. 1129, 1138 (C.D. Cal. 1999).

Dated: December 13, 2024              Respectfully submitted,

                                      **LEVI & KORSINSKY, LLP**

                                      */s/ Adam M. Apton*
                                      Adam M. Apton (SBN 316506)
                                      445 South Figueroa Street, 31st Floor
                                      Los Angeles, CA 90071
                                      Tel: (213) 985-7290
                                      Email: aapton@zlk.com

                                      *Proposed Lead Counsel for Dhimant Patel*

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatory has concurred in this filing's content and has authorized the filing.

                                      */s/ Adam M. Apton*
                                      Adam M. Apton

## **CERTIFICATE OF SERVICE**

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On December 13, 2024, I electronically filed the following **NOTICE OF MOTION OF DHIMANT PATEL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 13, 2024.

/s/ Adam M. Apton
Adam M. Apton