**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Dhimant Patel*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHIMANT PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS LIFESCIENCES CORPORATION, BERNARD J. ZOVIGHIAN, LARRY L. WOOD, and SCOTT B. ULLEM,<br><br>Defendants. | No.: 8:24-cv-02221-AH-KES<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF DHIMANT PATEL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Anne Hwang<br>Date: January 8, 2025<br>Time: 1:30 p.m.<br>Courtroom: #7D |

DECLARATION OF ADAM M. APTON
Case No. 8:24-cv-02221-AH-KES

I, ADAM M. APTON hereby declare that:

1.      I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Dhimant Patel ("Plaintiff"), and proposed Lead Counsel for the class.

2.      I make this Declaration in support of Plaintiff's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Plaintiff.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Plaintiff.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on October 14, 2024.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: December 13, 2024              /s/ Adam M. Apton
                                      Adam M. Apton

# CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On December 13, 2024, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF DHIMANT PATEL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 13, 2024.

/s/ Adam M. Apton
Adam M. Apton