# EXHIBIT B

| Client Name | Dhimant Patel |
|---|---|
| Company Name | Edwards Lifesciences Corporation |
| Ticker Symbol | EW |
| Security Type | |
| Class Period Start | 02-06-2024 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-22-2024 |
| 90-DAY Lookback Average | $ 66.77 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $6,193.63 |
| DURA LIFO* Total | $6,193.63 |
| Gross Shares Purchased | 260 |
| Net Shares Retained | 260 |
| Net Funds Expended | $23,554.70 |

**Dhimant Patel**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-15-2024 | 260 | 90.595 | $ 23,554.70 | | | | | | - | 260 | 260 | $ 66.77 | $ 17,361.07 | $ 6,193.63 | $ 6,193.63 |
| **Total:** | **260** | | **$23,554.70** | | | | | | | **260** | **260** | | **$ 17,361.07** | **$ 6,193.63** | **$ 6,193.63** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.