# Exhibit 3

**Edwards Lifesciences Corporation Loss Chart**
**Class Period: February 06, 2024 through July 24, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $66.83 |
| David Yi Liu | 7/18/2024 | 90 | ($86.71) | ($7,803.90) | 8/30/2024 | 90 | $69.97 | $6,297.30 | 0 | 0 | ($1,506.60) | |