ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHIMANT PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>      vs.<br><br>EDWARDS LIFESCIENCES CORPORATION, et al.,<br><br>                                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 8:24-cv-02221-AH-KES<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:      January 15, 2025<br>TIME:       1:30 p.m.<br>CTRM:      7D<br>JUDGE:     Hon. Anne Hwang |

4925-7383-0662.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Wednesday, January 15, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable Anne Hwang, Courtroom 7D, 350 W. 1st Street, Los Angeles, California 90012, Uniformed Sanitationmen's Association Compensation Accrual Fund (the "Accrual Fund") will and hereby does move this Court for an order appointing the Accrual Fund as Lead Plaintiff and approving its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).[1]  In support of this Motion, the Accrual Fund submits the accompanying Memorandum of Law, the Declaration of Danielle S. Myers, and a [Proposed] Order.

DATED:  December 13, 2024

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

---

[1]   Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff,  15 U.S.C. §78u-4(a)(3)(B)(i), the Accrual Fund cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on December 13, 2024.  Accordingly, the Accrual Fund's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that the Accrual Fund cannot confer with unknown movants.

- 1 -

4925-7383-0662.v1

PITTA LLP
VINCENT F. PITTA
120 Broadway, 28th Floor
New York, NY 10271
Telephone: 212/652-3890
212/652-3891 (fax)
vpitta@pittalaw.com

Additional Counsel

4925-7383-0662.v1