ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHIMANT PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>   vs.<br><br>EDWARDS LIFESCIENCES CORPORATION, et al.,<br><br>                            Defendants. | Case No. 8:24-cv-02221-AH-KES<br><br>CLASS ACTION<br><br>DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:    January 15, 2025<br>TIME:    1:30 p.m.<br>CTRM:   7D<br>JUDGE:  Hon. Anne Hwang |

4905-3402-2918.v1

I, Danielle S. Myers, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Uniformed Sanitationmen's Association Compensation Accrual Fund (the "Accrual Fund"), and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Accrual Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of class action published in *Globe Newswire*, a widely circulated national business-oriented publication or wire service, on October 14, 2024;

Exhibit B:   The Accrual Fund's sworn Certification; and

Exhibit C:   The Accrual Fund's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of December, 2024.

s/ Danielle S. Myers
DANIELLE S. MYERS

- 1 -

4905-3402-2918.v1