# EXHIBIT A



GlobeNewswire
by notified

NEWSROOM    SERVICES    CONTACT US    ENGLISH ˅    SIGN IN    REGISTER



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Edwards Lifesciences Corporation Securities and Sets a Lead Plaintiff Deadline of December 13, 2024

October 14, 2024 16:11 ET    | Source: Levi & Korsinsky, LLP    Follow

## Company Profile

Levi & Korsinsky, LLP

Industry: Specialized Consumer Services

Website: https://zlk.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**

NEW YORK, Oct. 14, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Edwards Lifesciences Corporation ("Edwards" or the "Company") (NYSE: EW)** <u>**between February 6, 2024 to July 24, 2024, both dates inclusive**</u>. <u>**You are hereby notified**</u> that the class action lawsuit *Dhimant Patel v. Edwards Lifesciences Corporation, et al.* (Case No. 8:24-cv-02221) has been commenced in the United States District Court for the Central District of California. To get more information **go to:**

https://zlk.com/pslra-1/edwards-lifesciences-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

Exhibit A
002



NEWSROOM    SERVICES    CONTACT US    SIGN IN    REGISTER

the Company's core product, Transcatheter Aortic Valve Replacement ("TAVR"). Defendants' statements included, among other things, strong commitment to the TAVR platform, confidence in the Company's ability to capitalize on a subset of untreated patients through scaling of its various patient activation activities, and continued claims of significant demand in allegedly lower-penetrated markets.

On July 24, 2024, Edwards unveiled below-expectation financial results for the second quarter of fiscal 2024 and, in particular, slashed its revenue guidance for the TAVR platform for the full fiscal year 2024. The Company attributed the TAVR setback on the "continued growth and expansion of structural heart therapies … [which] put pressure on hospital workflows." Investors understood this to mean that developments in new procedures, including defendant's own Transcatheter Mitral and Tricuspid Therapies ("TMTT"), put significant strain on hospital structural heart teams such that they were underutilizing TAVR, despite the Company's continued claim of a significantly undertreated patient population. Moreover, the Company announced three acquisitions during the second quarter designed to embolden their treatments alternative to TAVR, suggesting further that the company was aware of the potential for the TAVR platform's decelerated growth.

Investors and analysts reacted immediately to Edwards' revelations. The price of Edwards' common stock declined dramatically. From a closing market price of $86.95 per share on July 24, 2024, Edwards' stock price fell to $59.70 per share on July 25, 2024, a decline of about 31.34% in the span of just a single day.

**If you suffered a loss in EW securities, you have until December 13, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning



NEWSROOM     SERVICES     CONTACT US        SIGN IN     REGISTER

in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

**Tags**

Class Action

# Recommended Reading

October 14, 2024 13:30 ET | Source:   Levi & Korsinsky, LLP

## Contact Levi & Korsinsky by November 18, 2024 Deadline to Join Class Action Against New Fortress Energy Inc. (NFE)

NEW YORK, Oct. 14, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in New Fortress Energy Inc. ("New Fortress" or the "Company") (NASDAQ: NFE) of a class action securities...



October 14, 2024 13:30 ET | Source:   Levi & Korsinsky, LLP

## Terran Orbital Corporation Sued for Securities Law Violations – Investors Should Contact Levi & Korsinsky Before November 26, 2024 to Discuss Your Rights – LLAP

NEW YORK, Oct. 14, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Terran Orbital Corporation ("Terran" or the "Company") (NYSE: LLAP) of a class action securities lawsuit. ...

