# EXHIBIT C

Exhibit C
008

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Uniformed Sanitationmen's Association** | | | | | | | | | |
| **Compensation Accrual Fund** | 02/26/2024 | 13,638 | $86.97 | $1,186,107.77 | 03/28/2024 | 2,043 | $95.65 | $195,403.35 | |
| | 06/14/2024 | 214 | $87.27 | $18,674.80 | 07/25/2024 | 12,114 | $61.52 | $745,287.20 | |
| | 06/24/2024 | 305 | $90.46 | $27,589.26 | | | | | |
| | | | | | | | | | |
| **Movant's Total** | | **14,157** | | **$1,232,371.83** | | **14,157** | | **$940,690.55** | **($291,681.28)** |

\*\*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
 will be used depending on which value is higher.

Prices listed are rounded to two decimal places.

Exhibit C
009