**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (310) 819-3470

*Counsel for Proposed Lead Plaintiff*
*Louisiana Sheriffs' Pension & Relief Fund and*
*City of Fort Lauderdale Police & Firefighters'*
*Retirement System*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DHIMANT PATEL, Individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS LIFESCIENCES CORPORATION, BERNARD J. ZOVIGHIAN, LARRY L. WOOD, and SCOTT B. ULLEM,<br><br>Defendants. | Case No. 8:24-cv-02221-AH-KES<br><br>**NOTICE OF MOTION AND MOTION OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND AND THE CITY OF FORT LAUDERDALE POLICE & FIREFIGHTERS' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**<br><br>Date: January 15, 2025<br>Time: 1:30 p.m.<br>Courtroom: 7D<br>Judge: Hon. Anne Hwang |

NOTICE OF MOTION AND MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:24-cv-02221-AH-KES

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 1:30 p.m. on January 15, 2025, or on a date and time set by the Court, before the Honorable Anne Hwang at the First Street Courthouse, 350 West First Street, Courtroom 7D, Los Angeles, California, movants Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") and City of Fort Lauderdale Police & Firefighters' Retirement System ("Fort Lauderdale P&F") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an order: (1) appointing Louisiana Sheriffs and Fort Lauderdale P&F as Lead Plaintiff; (2) approving Louisiana Sheriffs' and Fort Lauderdale P&F's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Lead Counsel for the Class; and (3) granting any such further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Louisiana Sheriffs and Fort Lauderdale P&F believe they are the "most adequate plaintiff" under the PSLRA and are therefore entitled to be appointed Lead Plaintiff. Specifically, Louisiana Sheriffs and Fort Lauderdale P&F believe that they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $623,525 in losses that they incurred on their purchases of

---

[1] This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not that proposed class member has previously filed a complaint in the underlying action. Consequently, counsel for Louisiana Sheriffs and Fort Lauderdale P&F cannot determine who the competing lead plaintiff candidates are at this time. As a result, proposed Lead Counsel has been unable to confer with opposing counsel as prescribed in C.D. Cal. Local Civil Rule 7-3, and respectfully requests that the conference requirement of Rule 7-3 be waived for this Motion.

29,585 shares of Edwards Lifesciences Corporation common stock between February 6, 2024 and July 24, 2024, inclusive. Louisiana Sheriffs and Fort Lauderdale P&F also satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Jonathan D. Uslaner and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Louisiana Sheriffs and Fort Lauderdale P&F respectfully request that the Court enter an order: (1) appointing Louisiana Sheriffs and Fort Lauderdale P&F as Lead Plaintiff pursuant to the PSLRA; (2) approving Louisiana Sheriffs' and Fort Lauderdale P&F's selection of Bernstein Litowitz to serve as Lead Counsel for the Class; and (3) granting any such further relief as the Court may deem just and proper.

Dated: December 13, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470

-and-

Hannah Ross
Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Tel:   (212) 554-1400
Fax:   (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund and City of Fort Lauderdale Police & Firefighters' Retirement System*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**

Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Louisiana Sheriffs' Pension & Relief Fund and City of Fort Lauderdale Police & Firefighters' Retirement System*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:      (310) 819-3470