**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| DHIMANT PATEL, Individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS LIFESCIENCES CORPORATION, BERNARD J. ZOVIGHIAN, LARRY L. WOOD, and SCOTT B. ULLEM,<br><br>Defendants. | Case No. 8:24-cv-02221-AH-KES<br><br>**[PROPOSED] ORDER APPOINTING LOUISIANA SHERIFFS' PENSION & RELIEF FUND AND CITY OF FORT LAUDERDALE POLICE & FIREFIGHTERS' RETIREMENT SYSTEM AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF LEAD COUNSEL**<br><br>Date: January 15, 2025<br>Time: 1:30 p.m.<br>Courtroom: 7D<br>Judge: Hon. Anne Hwang |

Upon consideration of: (1) the Motion of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") and City of Fort Lauderdale Police & Firefighters' Retirement System ("Fort Lauderdale P&F") for appointment as Lead Plaintiff and approval of their selection of Lead Counsel; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of Jonathan D. Uslaner in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.    Louisiana Sheriffs' and Fort Lauderdale P&F's Motion is **GRANTED**.

2.    Louisiana Sheriffs and Fort Lauderdale P&F are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3.    Louisiana Sheriffs' and Fort Lauderdale P&F's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, previously or subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5.    This action shall be captioned "*In re Edwards Lifesciences Corp. Securities Litigation*" and the file shall be maintained under Master File No. 8:24-cv-02221-AH-KES.

[PROPOSED] ORDER
APPOINTING LEAD PLAINTIFF
Case No. 8:24-cv-02221-AH-KES

**IT IS SO ORDERED.**

Dated: _____, _____

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
APPOINTING LEAD PLAINTIFF
Case No. 8:24-cv-02221-AH-KES