**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

*Counsel for Proposed Lead Plaintiff
Louisiana Sheriffs' Pension & Relief Fund and
City of Fort Lauderdale Police & Firefighters'
Retirement System*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DHIMANT PATEL, Individually and on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EDWARDS LIFESCIENCES CORPORATION, BERNARD J. ZOVIGHIAN, LARRY L. WOOD, and SCOTT B. ULLEM, <br><br> Defendants. | Case No. 8:24-cv-02221-AH-KES <br><br> **DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF THE MOTION OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND AND CITY OF FORT LAUDERDALE POLICE & FIREFIGHTERS' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL** <br><br> Date: January 15, 2025 <br> Time: 1:30 p.m. <br> Courtroom: 7D <br> Judge: Hon. Anne Hwang |

I, Jonathan D. Uslaner, declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I respectfully submit this Declaration in support of the Motion of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") and City of Fort Lauderdale Police & Firefighters' Retirement System ("Fort Lauderdale P&F") for appointment as Lead Plaintiff and approval of their selection of Lead Counsel.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:   Certifications of Louisiana Sheriffs and Fort Lauderdale P&F;

Exhibit B:   Charts of transactions and losses of Louisiana Sheriffs and Fort Lauderdale P&F;

Exhibit C:   Joint Declaration of Osey McGee Jr. and Lynn Wenguer in Support of the Motion of Louisiana Sheriffs' Pension & Relief Fund and City of Fort Lauderdale Police & Firefighters' Retirement System for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel;

Exhibit D:   Notice of the pendency of *Patel v. Edwards Lifesciences Corporation*, No. 8:24-cv-02221 (C.D. Cal.), published in *Globe Newswire* on December 13, 2024; and

Exhibit E:   Firm résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of December, 2024.


*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:      (310) 819-3470