# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Osey "Skip" McGee Jr., on behalf of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Louisiana Sheriffs. I have reviewed a complaint filed in this matter with Louisiana Sheriffs' legal counsel. Based on the legal counsel's knowledge and advice, Louisiana Sheriffs has authorized the filing of this motion for appointment as lead plaintiff.

2. Louisiana Sheriffs did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Louisiana Sheriffs is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trail, if necessary. Louisiana Sheriffs fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4. Louisiana Sheriffs' transactions in the Edwards Lifesciences Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Louisiana Sheriffs has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *In re Vertiv Holdings Co. Securities Litigation*, No. 22-cv-3572 (S.D.N.Y.)
    *In re Bumble Inc. Securities Litigation*, No. 22-cv-624 (S.D.N.Y.)
    *Nixon v. CVS Health Corporation*, No. 24-cv-5303 (S.D.N.Y.)

6. Louisiana Sheriffs has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for appointment as lead plaintiff or was not appointed lead plaintiff:

    *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*,
    No. 22-cv-6339 (S.D.N.Y.)

7. Louisiana Sheriffs has served as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Louisiana Sheriffs' Pension & Relief Fund v. Illumina, Inc.,*
No. 23-cv-2328 (S.D. Cal.)

8. Louisiana Sheriffs will not accept any payment for serving as a representative party on behalf of the class beyond Louisiana Sheriffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

Louisiana Sheriffs has relied on the research and analysis of the complaint provided by legal counsel Bernstein Litowitz Berger & Grossmann LLP. The undersigned declares that the statements made and information provided are, to the best of his knowledge, true and correct.

Executed this _11_ day of December, 2024.


_____
Osey "Skip" McGee Jr.
Executive Director
*Louisiana Sheriffs' Pension & Relief Fund*

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in Edwards Lifesciences Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/6/2024 | 100 | 85.7842 |
| Purchase | 2/6/2024 | 9,650 | 87.5655 |
| Purchase | 2/9/2024 | 500 | 85.0133 |
| Purchase | 2/12/2024 | 800 | 86.7555 |
| Purchase | 2/12/2024 | 1,270 | 87.1611 |
| Purchase | 2/12/2024 | 200 | 86.4055 |
| Purchase | 2/20/2024 | 2,000 | 86.7593 |
| Purchase | 3/7/2024 | 5,790 | 92.3318 |
| Purchase | 4/16/2024 | 400 | 90.0500 |
| Purchase | 4/17/2024 | 400 | 87.2400 |
| Purchase | 4/24/2024 | 300 | 88.5617 |
| Purchase | 4/25/2024 | 300 | 87.9708 |
| Purchase | 4/30/2024 | 300 | 84.6700 |
| Purchase | 5/2/2024 | 300 | 84.9293 |
| Purchase | 5/6/2024 | 200 | 85.1681 |
| Purchase | 6/20/2024 | 300 | 88.8400 |
| Purchase | 6/21/2024 | 500 | 90.6101 |
| Sale | 2/8/2024 | (2,020) | 85.3521 |
| Sale | 5/30/2024 | (1,800) | 88.2871 |
| Sale | 7/11/2024 | (400) | 92.8500 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Lynn Wenguer, on behalf of City of Fort Lauderdale Police & Firefighters' Retirement System ("Fort Lauderdale P&F"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Fort Lauderdale P&F. I have reviewed a complaint filed in this matter with Fort Lauderdale P&F's legal counsel. Based on legal counsel's knowledge and advice, Fort Lauderdale P&F has authorized the filing of this motion for appointment as lead plaintiff.

2. Fort Lauderdale P&F did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Fort Lauderdale P&F is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Fort Lauderdale P&F fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4. Fort Lauderdale P&F's transactions in the Edwards Lifesciences Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Fort Lauderdale P&F has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Xponential Fitness Securities Litigation*, No. 24-cv-285 (C.D. Cal.)

6. Fort Lauderdale P&F has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for appointment as lead plaintiff or was not appointed lead plaintiff:

   *Hadian v. Fate Therapeutics, Inc.*, No. 23-cv-111 (S.D. Cal.)

7. Fort Lauderdale P&F is currently serving as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*City of Fort Lauderdale Police and Firefighters' Retirement System v. Acadia Healthcare Company, Inc.*, No. 24-cv-1447 (M.D. Tenn.)
*AMI - Government Employees Provident Fund Management Company Ltd. v. Alphabet Inc.*, No. 23-cv-1186 (N.D. Cal.)

8. Fort Lauderdale P&F has served as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems Inc.*, No. 22-cv-11220 (D. Mass.)

9. Fort Lauderdale P&F will not accept any payment for serving as a representative party on behalf of the class beyond Fort Lauderdale P&F's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __11__ day of December, 2024.

_____
Lynn Wenguer
Executive Director
*City of Fort Lauderdale Police & Firefighters' Retirement System*

**City of Fort Lauderdale Police & Firefighters' Retirement System**
**Transactions in Edwards Lifesciences Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/4/2024 | 155 | 86.1612 |
| Purchase | 5/23/2024 | 3159 | 89.4945 |
| Purchase | 6/3/2024 | 2961 | 87.4746 |
| Sale | 2/27/2024 | (2286) | 85.7735 |