# EXHIBIT B

**Louisiana Sheriffs' Pension & Relief Fund**

LIFO Loss in Edwards Lifesciences Corporation (EW)

Class Period: 02/06/24 - 07/24/24

CUSIP 28176E108

Retained share price: $66.7733 (07/25/24 - 10/22/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 15,800 | | | Sale* | 7/25/2024 | (2,200) | 60.5613 | ($133,234.86) |
| | | | | | Sale* | 7/25/2024 | (6,500) | 62.6500 | ($407,225.00) |
| | | | | | Sale* | 7/25/2024 | (3,800) | 61.0003 | ($231,801.14) |
| | | | | | Sale* | 7/26/2024 | (800) | 62.3700 | ($49,896.00) |
| | | | | | Sale* | 7/29/2024 | (600) | 63.7475 | ($38,248.51) |
| | | | | | Sale* | 7/30/2024 | (600) | 63.6400 | ($38,184.00) |
| | | | | | Sale* | 9/17/2024 | (600) | 67.2300 | ($40,338.00) |
| | | | | | Sale* | 9/18/2024 | (700) | 67.5300 | ($47,271.00) |
| | | | | | *Shares offsetting against pre-class holdings* | | (15,800) | | ($986,198.51) |
| Purchase | 2/6/2024 | 100 | 85.7842 | $8,578.42 | | | | | |
| Purchase | 2/6/2024 | 9,650 | 87.5655 | $845,007.08 | | | | | |
| Purchase | 2/9/2024 | 500 | 85.0133 | $42,506.63 | | | | | |
| Purchase | 2/12/2024 | 800 | 86.7555 | $69,404.40 | | | | | |
| Purchase | 2/12/2024 | 1,270 | 87.1611 | $110,694.60 | | | | | |
| Purchase | 2/12/2024 | 200 | 86.4055 | $17,281.10 | | | | | |
| Purchase | 2/20/2024 | 2,000 | 86.7593 | $173,518.60 | | | | | |
| Purchase | 3/7/2024 | 5,790 | 92.3318 | $534,601.12 | | | | | |
| Purchase | 4/16/2024 | 400 | 90.0500 | $36,020.00 | | | | | |
| Purchase | 4/17/2024 | 400 | 87.2400 | $34,896.00 | | | | | |
| Purchase | 4/24/2024 | 300 | 88.5617 | $26,568.52 | Sale | 2/8/2024 | (2,020) | 85.3521 | ($172,411.24) |
| Purchase | 4/25/2024 | 300 | 87.9708 | $26,391.24 | Sale | 5/30/2024 | (1,800) | 88.2871 | ($158,916.78) |
| Purchase | 4/30/2024 | 300 | 84.6700 | $25,401.00 | Sale | 7/11/2024 | (400) | 92.8500 | ($37,140.00) |
| Purchase | 5/2/2024 | 300 | 84.9293 | $25,478.80 | | | | | |
| Purchase | 5/6/2024 | 200 | 85.1681 | $17,033.61 | Sale* | 7/25/2024 | (14,990) | 63.8289 | ($956,795.20) |
| Purchase | 6/20/2024 | 300 | 88.8400 | $26,652.00 | Sale* | 7/25/2024 | (3,400) | 61.8337 | ($210,234.58) |
| Purchase | 6/21/2024 | 500 | 90.6101 | $45,305.05 | Sale* | 7/25/2024 | (700) | 60.5613 | ($42,392.91) |
| | | 23,310 | | $2,065,338.16 | | | (23,310) | | ($1,577,890.71) |

**Loss**    **($487,447.45)**

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**City of Fort Lauderdale Police & Firefighters' Retirement System**
LIFO Loss in Edwards Lifesciences Corporation (EW)
Class Period: 02/06/24 - 07/24/24
CUSIP 28176E108
Retained share price: $66.7733 (07/25/24 - 10/22/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 29,391 | | | Sale | 2/27/2024 | (2,286) | 85.7735 | ($196,078.22) |
| | | | | | *Shares offsetting against pre-class holdings* | | (2,286) | | ($196,078.22) |
| | | | | | | | | | |
| Purchase | 3/4/2024 | 155 | 86.1612 | $13,354.99 | | | | | |
| Purchase | 5/23/2024 | 3,159 | 89.4945 | $282,713.13 | | | | | |
| Purchase | 6/3/2024 | 2,961 | 87.4746 | $259,012.29 | Retained | | (6,275) | 66.7733 | ($419,002.67) |
| | | 6,275 | | $555,080.40 | | | (6,275) | | ($419,002.67) |
| | | | | | | | | **Loss** | **($136,077.74)** |