# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHIMANT PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS LIFESCIENCES CORPORATION, BERNARD J. ZOVIGHIAN, LARRY L. WOOD, and SCOTT B. ULLEM,<br><br>Defendants. | Case No. 8:24-cv-02221-AH-KES<br>Honorable Judge Anne Hwang<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR CONSIDERATION UNDER INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Before the Court is Defendants' Edwards Lifesciences Corp., Bernard J. Zovighian, Larry L. Wood, and Scott B. Ullem (collectively "Defendants") Request for Consideration Under Incorporation by Reference and Judicial Notice in Support of Defendants' Motion to Dismiss ("Request"), filed on May 20, 2025.

The Court, having considered the Motion, the parties' memoranda and supporting papers, the arguments of counsel, the records in the above-captioned case, and all other arguments and evidence before the Court, HEREBY ORDERS that the Request is GRANTED.

**IS SO ORDERED.**

Dated: _____

_____
Hon. Anne Hwang
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

CASE NO. 8:24-cv-02221-AH-KES
1   [PROPOSED] ORDER GRANTING RJN ISO MOTION
TO DISMISS