| No. | Dates Published | Source | Speaker | Statement | Compl. ¶ |
|---|---|---|---|---|---|
| | | | | **Defendants' Material Misstatements & Omissions Concerning Capacity Constraints Restricting TAVR Growth** | |
| 1. | Published throughout entire Class Period on Edwards Website | Investor Conference Presentation Slides | Defendants | "*Improving healthcare system capacity*" was a "*tailwind*" for TAVR sales growth in 2024. | ¶117 |
| 2. | April 25, 2024 | 2024 Q1 Earnings Call | Wood | One analyst specifically asked Defendants to "talk a little about the launch of EVOQUE and the activity that that drives in some of your major centers" and how Edwards "manag[es] those activity levels or the bandwidth of those centers versus the continuing volumes that they perform in TAVR?"<br><br>Defendant Wood responded, "[t]his is kind of like what Daveen and I do every day," we "partner very closely on these sorts of things" and "as we roll out these new therapies, we want to *make sure that people do it with the right volume*." | ¶119(a) |
| 3. | April 25, 2024 | 2024 Q1 Earnings Call | Chopra | One analyst specifically asked Defendants to "talk a little about the launch of EVOQUE and the activity that that drives in some of your major centers" and how Edwards "manag[es] those activity levels or the bandwidth of those centers versus the continuing volumes that they perform in TAVR?"<br><br>"So for us overall, I don't necessarily believe that the EVOQUE procedures, for any time in the near future, *are going to affect overall capacity*." | ¶119(b) |

1

| No. | Dates Published | Source | Speaker | Statement | Compl. ¶ |
|---|---|---|---|---|---|
| 4. | April 25, 2024 | 2024 Q1 Earnings Call | Zovighian | One analyst specifically asked Defendants to "talk a little about the launch of EVOQUE and the activity that that drives in some of your major centers" and how Edwards "manag[es] those activity levels or the bandwidth of those centers versus the continuing volumes that they perform in TAVR?"<br><br>"What it is fair to say is that so far, we have **not faced a big challenge in term of the centers having a lack of capacity to be able to treat patients, whether TAVR patients or EVOQUE patients**." | ¶119(c) |

<table>
<tr><td colspan="6" align="center"><h3>Defendants' Material Misstatements & Omissions<br>Concerning TAVR Growth</h3></td></tr>
</table>

| No. | Dates Published | Source | Speaker | Statement | Compl. ¶ |
|---|---|---|---|---|---|
| 1. | Published throughout entire Class Period on Edwards Website | Investor Conference Presentation Slides | Defendants | <br><br>"**8%- 10% Constant Currency Growth**"<br><br>Defendants' growth projection already took into account "**Competitive product launches**" as a "**headwind.**" | ¶¶45, 106 |
| 2. | February 6, 2024 | Press Release on 2023 Q4 Guidance | Defendants | Defendants were "**confident in the sales guidance [they] provided at the December 2023 investor conference for all product groups**," which included Defendants' projection of 8%-10% growth for Edwards' TAVR segment in 2024.<br><br>Defendants were "**[c]onfident in 2024 guidance of 8 to 10 percent constant currency growth**" and "**[t]he company remains confident that the future of TAVR remains strong driven by an increased focus on patient activation … as well as indication expansion and increased global adoption**." | ¶108 |

2

| No. | Dates Published | Source | Speaker | Statement | Compl. ¶ |
|---|---|---|---|---|---|
| 3. | February 6, 2024 | 2023 Q4 Earnings Call | Ullem | Defendants were "*maintaining all of our previous sales guidance ranges for 2024*," which included Defendants' projection of 8%-10% growth for Edwards' TAVR group in 2024. | ¶109 |
| 4. | April 25, 2024 | Press Release on 2024 Q1 Guidance | Defendants | Defendants "*expect[ed] higher year-over-year second-half growth rates than in the first and second quarters*" for TAVR.<br><br>Defendants "*remain[ed] confident in TAVR sales growth of 8 to 10% on a constant currency basis*" and were "*confident in TAVR guidance*."<br><br>"*Edwards is positioned for healthy and sustainable TAVR growth well into the future* driven by the company's development of differentiated TAVR technologies, a deep commitment to advancing patient care through high-quality clinical evidence, and its investment in patient activation initiatives." | ¶111 |
| 5. | April 25, 2024 | 2024 Q1 Earnings Call | Zovighian | "*We remain confident in our full year TAVR sales growth of 8% to 10%.* We expect a higher year-over-year second half growth rate than in the first and second quarters." | ¶112(a) |
| 6. | April 25, 2024 | 2024 Q1 Earnings Call | Zovighian | "So we knew when we put together guidance for the year, the TAVR guidance, 8% to 10%, we knew that the [TAVR] growth would ramp throughout the year and that Q1 will be our lowest growth quarter. *So we feel we are confident about our 8% to 10% [TAVR growth].*" | ¶112(b) |
| 7. | April 25, 2024 | 2024 Q1 Earnings Call | Wood | In response to a question from an analyst concerning "why [Defendants] expect TAVR growth to accelerate in the second half,"<br><br>Defendant Wood stated, "We do expect TAVR procedures to ramp. *That's always been a part of our plan, and so we continue to expect that to happen.* … We were happy with the ramp in Q1. So I think we do expect to see an increase in Q2 over Q1. But even with that, we expect the second half to have a higher growth rate than the first half. So I think that that's good." | ¶112(c) |

3

| No. | Dates Published | Source | Speaker | Statement | Compl. ¶ |
|---|---|---|---|---|---|
| 8. | June 5, 2024 | Jefferies Global Healthcare Conference Analyst Call | Ullem | "TAVR, we started out in the first quarter with lower year-over-year growth rate than we expect for the full year. *Our guidance for TAVR for the year is 8% to 10%. We always knew that the first half of the year was going to be a lower year-over-year growth environment than the second half of the year. That's been our plan, and we saw that in the first quarter again*." | ¶114 |