**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DHIMANT PATEL, Individually and on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>EDWARDS LIFESCIENCES CORPORATION, BERNARD J. ZOVIGHIAN, LARRY L. WOOD, and SCOTT B. ULLEM,<br><br>          Defendants. | Case No. 8:24-cv-02221-AH-KES<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' REQUEST FOR CONSIDERATION UNDER INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Anne Hwang<br>Date: September 3, 2025<br>Time: 1:30p.m.<br>Courtroom: 7D |

Upon consideration of: (1) Lead Plaintiffs Memorandum of Points and Authorities in Opposition to Defendants' Request for Consideration Under Incorporation by Reference and Judicial Notice in Support of Defendants' Motion to Dismiss; and (2) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.   Defendants Edwards Lifesciences Corp., Bernard J. Zovighian, Larry L. Wood, and Scott B. Ullem's Request for Consideration Under Incorporation by Reference and Judicial Notice in Support of Defendants' Motion to Dismiss (ECF No. 55) is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____, _____

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE