**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DHIMANT PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS LIFESCIENCES CORPORATION and BERNARD J. ZOVIGHIAN,<br><br>Defendants. | Case No. 8:24-cv-02221-AH-KESx<br><br>Assigned to: Hon. Anne Hwang<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT [74]**<br><br>Complaint Served: November 1, 2024<br>Current Response Date: October 6, 2025<br>New [Proposed] Response Date: October 21, 2025 |

Lead Plaintiffs City of Fort Lauderdale Police & Fire Retirement System and Louisiana Sheriffs' Pension & Relief Fund ("Plaintiffs"), and Defendants Edwards Lifesciences Corporation and Bernard J. Zovighian ("Defendants"), collectively the ("Parties"), filed a Joint Stipulation to Extend Time to Respond to Amended Consolidated Complaint ("Stipulation).

The Court, having considered the Parties Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

The Defendants shall file their answer to the Consolidated Complaint on or before October 21, 2025.

**IT IS SO ORDERED.**

Dated: OCTOBER 7, 2025

_____
Hon. Anne Hwang
United States District Judge