# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHIMANT PATEL, Individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS LIFESCIENCES CORPORATION and BERNARD J. ZOVIGHIAN,<br><br>Defendants. | Case No. 8:24-cv-02221-AH-KESx<br><br>**ORDER DENYING STIPULATION TO CONTINUE SCHEDULING CONFERENCE  [83][**<br><br>Date:  January 15, 2026<br>Time:  9:00 a.m. |

Having considered the Parties' Stipulation, and for good cause shown, the Court hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: JANUARY 9, 2026

_____

Anne Hwang
UNITED STATES DISTRICT JUDGE

CASE NO. 8:24-cv-02221-AH-KES
ORDER DENYING STIPULATION TO CONTINUE
SCHEDULING CONFERENCE