**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DHIMANT PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS LIFESCIENCES CORPORATION and BERNARD J. ZOVIGHIAN,<br><br>Defendants. | Case No. 8:24-cv-02221-AH-KESx<br><br>Assigned to: Hon. Anne Hwang<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE VIA PRIVATE MEDIATION   [86]** |

Pursuant to the Stipulation to Extend Deadline to Complete Settlement Conference filed by Lead Plaintiffs City of Fort Lauderdale Police & Fire Retirement System and Louisiana Sheriffs' Pension & Relief Fund ("Plaintiffs"), and Defendants Edwards Lifesciences Corporation and Bernard J. Zovighian (collectively, "Defendants," and with Plaintiffs, the "Parties"), by and through their respective counsel, and good cause appearing:

IT IS HEREBY ORDERED THAT:

1.     The deadline for the Parties to complete settlement conference via private mediation is April 20, 2026; and

2.     The deadline that the Parties must complete private mediation on or before March 20, 2026, as set forth in the Court's Civil Pretrial Schedule and Trial Order (Docket No. 84), is hereby vacated.

**IS SO ORDERED.**

Dated: MARCH 18, 2026

_____
Hon. Anne Hwang
United States District Judge

CASE NO. 8:24-cv-02221-AH-KES
ORDER GRANTING STIPULATION
TO COMPLETE SETTLEMENT CONFERENCE