# EXHIBIT 3

| **From:** | Thomas Sperber |
|---|---|
| **Sent:** | Wednesday, February 18, 2026 1:59 PM |
| **To:** | Rebecca Temkin; Jordan.Mundell@lw.com; Jordan.Cook@lw.com; michele.johnson@lw.com; Kristin.Murphy@lw.com |
| **Cc:** | Salvatore Graziano; Jeremy Robinson |
| **Subject:** | RE: Patel v. Edwards Lifesciences Corp.: Outstanding Discovery Issues |

Counsel,

We write to memorialize the parties' discussion from yesterday's meet and confer. Plaintiffs reserve all rights, including on the issues set forth below.

**First**, the parties discussed their dispute concerning the start-date of the relevant time period for the production of documents in response to Plaintiffs' First Set of Document Requests (the "Requests"). Plaintiffs explained that the January 1, 2023 start-date set forth in the Requests was reasonable considering, among other things, that (i) the Court expressly relied on facts from early 2023 in sustaining Plaintiffs' claims, and (ii) Edwards' 2024 TAVR sales growth guidance was generated in 2023. Thus, 2023 documents concerning the formation of such guidance are indisputably relevant to Plaintiffs' claims and in particular Defendants' scienter. Defendants disagreed and refused this reasonable request. The parties agreed that they are at an impasse on this issue—and it is ripe for a motion to compel.

**Second**, the parties discussed Plaintiffs' proposed list of custodians. Prior to yesterday's meeting, the agreed-upon custodians included Bernard Zovighian, Scott Ullem, Kristen Skelton, Robert Cook, Mark Wilterding, Larry Wood, Daveen Chopra, and the five former employees cited in the Complaint (Ed Mendoza, Matthew Nelson, Jonathan Piller, Ahrash Poursaid, and Stephanie Toney). During the call, we discussed Plaintiffs' request for the addition of Donald Bobo, individual(s) reporting to Kristen Skelton (Steve Shin, Johnny Liu, Tina Tran, and Sabrina Cervera), and the Edwards employee holding the title "Corporate Vice President, TAVR" during the Class Period.

You represented that Defendants would consider and get back to us promptly as to whether they would add Donald Bobo and/or individual(s) reporting to Kristen Skelton. You also represented that Defendants would investigate who held the "Corporate Vice President, TAVR" title during the Class Period, but that you suspected that it was Larry Wood.

Please provide your final position on Donald Bobo, any individuals reporting to Kristen Skelton, and the Class Period "Corporate Vice President, TAVR" by COB on Friday February 20.

**Third**, the parties discussed several other outstanding discovery issues:

- We confirmed that Defendants have thus far produced 643 documents dated December 2023.
- You said Defendants need more time to produce documents for newly added custodians. We confirmed that we will consider any reasonable proposal on the timing for these productions once Defendants have collected the universe of documents for review and assessed the feasibility of timely producing responsive documents.
- You represented that you were investigating the categories of missing documents that we identified in our February 9 email and would get back to us promptly.
- You represented that you expected to make a second production of board materials this week.

1

- You represented that you would investigate whether Defendants intended to include as part of these productions documents associated with "private sessions" in May 2024 between the board and Zovighian concerning TAVR sales, and any other related private sessions—as requested by Plaintiffs.
- You represented that you were still working on collecting documents from non-custodial sources, including town hall-related files. We assume that you agree these materials must be produced and you are simply looking into the timing of this agreed production.
- You represented that you expect to make your next production of custodial documents on Thursday, February 19.

Thank you.

Best,
Tom

**From:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Sent:** Friday, February 13, 2026 2:54 PM
**To:** Jordan.Mundell@lw.com; Jordan.Cook@lw.com; michele.johnson@lw.com; Kristin.Murphy@lw.com
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Subject:** Re: Patel v. Edwards Lifesciences Corp.: Outstanding Discovery Issues

Counsel:

Your email is incorrect and we do not appreciate your reversals on time period and custodians. Suffice it to say, we disagree with the positions in your email and, absent resolution, intend to move to compel. Plaintiffs are available to meet and confer on Tuesday at 3:30 ET. We trust that you will be prepared on that call to provide Defendants' final positions on these disputes so we can either reach a compromise or confirm an impasse.

Regards,

Rebecca

**Rebecca Temkin** (she/her)
*Associate*
1251 Avenue of the Americas
New York, NY 10020
Office: (212) 554-1588

BLB&G  Bernstein Litowitz Berger & Grossmann LLP

**From:** Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>
**Sent:** Friday, February 13, 2026 2:12:50 PM
**To:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jordan.Cook@lw.com <Jordan.Cook@lw.com>; michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Outstanding Discovery Issues

**[This message is from an external sender]**

---

Rebecca,

Thanks for your email.  Our responses are below.  We are available to meet and confer on these and any other issues on Tuesday between 9:30-11 or 12:30-2 PT.

<u>Time Period</u>.  To start, we are confused by your claim that there are "gaps" in our productions "with no documents at all dating from January-August, October, or December 2023."  We never agreed to produce documents earlier than December 2023.  In our responses to your document requests, we made clear we would agree to produce responsive documents for the period, December 1, 2023 through August 31, 2024.  And we *have* produced documents from December 2023—of the thousands of documents we've produced to date, approximately 660 are from that month alone.  If you are having trouble locating these documents, we are happy to provide bates numbers for your reference.

As for the other categories of documents you suggest are "missing," we are looking into this and will get back to you shortly.

<u>Custodians</u>.  We are also surprised by your late and unreasonably burdensome request that we add more than a dozen custodians to the ten we've already agreed to.  Indeed, for this first phase of discovery "limited to Zovighian's knowledge and scienter," we have already agreed to collect, review, and produce documents from the custodial files of the CEO (Zovighian), CFO (Ullem), SVP of Global Finance (Wilterding), SVP of TAVR Sales (Skelton), Director of Finance (Cook), and the FEs, which results in a review universe of over 44,000 documents.  Nevertheless, with just six weeks left to complete document productions and despite possessing Edwards' Workday charts since December last year, you now demand that we add eight *more* individuals across TMTT, Strategy, and Inventory <u>plus</u> all employees who reported to Zovighian, Ullem, and Chopra <u>plus</u> all employees "responsible for drafting meeting minutes, agendas, presentations or notes" for every TAVR meeting.  Your demand for custodians with little or no relevance to the claims and defenses or who are unlikely to possess non-duplicative responsive documents in this first phase is counterproductive.  For example, Sabrina Cervera worked in inventory and sat multiple levels below Zovighian and is unlikely to have ever interacted with him personally; Steve Shin, Johnny Liu, and Tina Tran all report up to Kristen Skelton, who is already a custodian.  And Don Bobo is not involved in TAVR sales.  We do not agree to include these individuals.

As a matter of good faith, however, we will agree to add Chopra, who we had discussed previously, and are willing to agree to add Wood, too—but for both, given the late-stage at which we will add these custodians, we expect plaintiffs to agree to an extended schedule to complete these two individuals' custodial productions.  We suggest April 13.  Please confirm your agreement.

<u>Zovighian's Custodial Data</u>.  We have substantially completed production of Zovighian's responsive custodial data and are lining up the small number of responsive documents remaining for production.  We will confirm once his productions are completed.

<u>Board Materials</u>.  We have repeatedly explained to you that we produced all board materials and minutes for any meeting that discussed TAVR—and any materials we did not produce were because they did not involve any discussion of TAVR.  We also explained to you that we were collecting any additional materials dating back to December 1, 2023 and for any responsive materials, we will produce them.  We are lining up that production shortly.

<u>Non-Custodial Files</u>.  We have already produced or are in the process of producing two of the categories of non-custodial documents you have requested, including board minutes and materials that discuss TAVR sales, growth, or capacity.  As for the other two categories, we are working with the client to identify, collect, and review these documents.  If they are responsive, we will produce them.

3

We reserve all rights.

Jordan

---

**From:** Mundell, Jordan (Bay Area)
**Sent:** Thursday, February 12, 2026 10:22 AM
**To:** 'Rebecca Temkin' <Rebecca.Temkin@blbglaw.com>; Cook, Jordan (OC) <Jordan.Cook@lw.com>; Johnson, Michele (OC) <Michele.Johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Outstanding Discovery Issues

Rebecca, we're working through your requests and hope to respond to each in full tomorrow.

Jordan

---

**From:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Sent:** Thursday, February 12, 2026 7:50 AM
**To:** Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>; Cook, Jordan (OC) <Jordan.Cook@lw.com>; Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Subject:** Patel v. Edwards Lifesciences Corp.: Outstanding Discovery Issues

Counsel,

Following up on our email from several days ago, Defendants did not respond to our request for a meet and confer. We would appreciate the courtesy of a prompt reply.

Plaintiff's updated list of proposed additional custodians is as follows:
1. Daveen Chopra, Corporate Vice President, TMTT
2. Larry L. Wood, Corporate Vice President and Group President of TAVR and Surgical Structural Heart Therapies
3. Donald E. Bobo, Jr. Corporate Vice President, Strategy & Corporate Development
4. Steve Shin, VP Sales Strategy & Ops
5. Johnny Liu, Sr Dir, Sales Strategy and Ops
6. Tina Tran, Dir, Sales Strategy & Ops
7. Sabrina Cervera, Sr Mgr, Customer Inventory
8. Donald E. Bobo, Jr. Corporate Vice President, Strategy & Corporate Development.
9. The individual who held the title "Corporate Vice President, TAVR" during the Class Period.
10. Edwards employees who directly reported/currently report to Zovighian, Scott, Ullem, and Chopra regarding TAVR during the Relevant Period.
11. Current or former Edwards employees responsible for drafting meeting minutes, agendas, presentations or notes for any Town Hall or other internal Edwards meeting concerning TAVR growth, sales, guidance, and/or TAVR capacity (or lack thereof) during the Relevant Period.

Thank you,
Rebecca

4

**Rebecca Temkin** (she/her)
*Associate*

BLB&G Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas
New York, NY  10020
Office: (212) 554-1588

---

**From:** Rebecca Temkin
**Sent:** Monday, February 9, 2026 4:37 PM
**To:** Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Jordan.Cook@lw.com <Jordan.Cook@lw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Counsel,

Thank you for your recent productions. Our review is ongoing. We write regarding several outstanding discovery issues.  Please kindly provide your availability to meet and confer on these topics on February 10 or 11.

Zovighian's Custodial Files – Thank you for sending us another production of Zovighian's custodial files. How many more of Zovighian's custodial documents do you expect to produce?  When can we expect those documents?

Missing Documents – Plaintiffs have identified the following gaps in Defendants' production to-date:

- Strategic Modeling Plans for 2023 & 2024: Defendants produced a document containing "Edwards 2025 Strategic Modeling" plan. *E.g.*, EDWARDS0004103. However, we are unable to locate the equivalent strategic modeling plans for 2023 or 2024.
- U.S. Daily Net Sales Reports: Defendants have produced multiple documents reflecting daily European net sales reports. *E.g.*, EDWARDS0021811; EDWARDS0023324. However, we have not been able to locate a *single* daily net sales report for the United States.
- Total Daily Net Sales Reports: Defendants produced one document reflecting the daily "total global" net sales report from a single in November 2023. *See* EDWARDS0005206. We have not been able to locate the rest of these documents for the relevant period.
- Production Time Gaps: There are a dearth of documents dating from 2023 in Defendants' existing production. Indeed, we have only been able to locate a total of 12 documents dating from 2023—with no documents at all dating from January-August, October, or December 2023.
- Basis for Hospital Capacity: We have not located any documents regarding Edwards' internal tracking of hospital capacity during the relevant time period.

Please promptly produce the missing materials and/or remedy these production gaps.

Agreed Custodians & Search Terms - Thank you for agreeing to search the custodial files of the following Edwards personnel for responsive documents: Robert Cook, Ed Mendoza, Matthew Nelson, Jonathan Piller, Ahrash Poursaid, Kristen Skelton, Stephanie Toney, Scott Ullem, and Mark Wilterding.
Please confirm you will begin producing documents for these custodians promptly using the search terms that Plaintiffs proposed on November 12, 2025—and which we understand that Defendants have agreed to at this point.

Additional Custodians: Please kindly let us know Defendants' position regarding adding the below custodians:
1. Daveen Chopra, Corporate Vice President, TMTT

2. Larry L. Wood, Corporate Vice President and Group President of TAVR and Surgical Structural Heart Therapies
3. Steve Shin, VP Sales Strategy & Ops
4. Johnny Liu, Sr Dir, Sales Strategy and Ops
5. Tina Tran, Dir, Sales Strategy & Ops
6. Sabrina Cervera, Sr Mgr, Customer Inventory
7. Donald E. Bobo, Jr. Corporate Vice President, Strategy & Corporate Development.
8. The individual who held the title "Corporate Vice President, TAVR" during the Class Period.
9. Edwards employees who directly reported/currently report to Zovighian, Scott, Ullem, and Chopra regarding TAVR during the Relevant Period.
10. Current or former Edwards employees responsible for drafting meeting minutes, agendas, presentations or notes for any Town Hall or other internal Edwards meeting concerning TAVR growth, sales, guidance, and/or TAVR capacity (or lack thereof) during the Relevant Period.

Board Materials – Defendants stated that they would produce a second set of Edwards board materials several weeks ago—but did not do so. Please kindly provide these materials.

Relatedly, we need to understand the scope of Defendants' production of board materials. Are Defendants intending to produce a full set of board materials for the Relevant Period?  If not, what are Defendants producing and what review/production criteria are Defendants applying? Plaintiffs need to know what you are producing and, equally important, what Defendants are withholding. To be clear, we expect the board materials you produce to include any documents or communications concerning any "private sessions with the board" and Defendant Zovighian, or any other executive officer, concerning TAVR sales, TAVR growth, or TAVR capacity. *See e.g.,* EDWARDS0022474.

Non-custodial files – Plaintiffs have requested that Defendants produce documents from the non-custodial sources set forth below.
- Shared/common network files concerning TAVR sales and/or projections during the Relevant Period
- Board of Directors meeting files concerning TAVR sales and/or projections during the Relevant Period (including any related minutes, agendas, written presentations, notes, materials, correspondence etc)
- Any Board of Directors' committee meeting files concerning TAVR sales and/or projections during the Relevant Period (including any related minutes, agendas, written presentations, notes, materials, correspondence etc)
- Town Hall-related files concerning TAVR sales and/or projections during the Relevant Period (including any related minutes, agendas, written presentations, notes, materials, correspondence etc)

Please kindly let us know whether Defendants agree to do so—or confirm that the parties are at an impasse.

Plaintiffs reserve all rights, including to request additional custodians, search terms, or sources.

Regards,
Rebecca

---

**From:** Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>
**Sent:** Monday, January 12, 2026 3:08 PM
**To:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Jordan.Cook@lw.com; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com; Kristin.Murphy@lw.com
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

**[This message is from an external sender]**

---

Rebecca, we are available tomorrow between 10-11 PT or after 2:30 PT.  Let us know if that works for you.

Jordan

---

**From:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Sent:** Monday, January 12, 2026 7:49 AM
**To:** Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Cook, Jordan (OC) <Jordan.Cook@lw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Subject:** Re: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Counsel,

Following up on the below. Please let us know your availability to meet and confer either today or tomorrow.

Thanks,
Rebecca

**Rebecca Temkin** (she/her)
*Associate*
**BLB&G** Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY  10020
Office: (212) 554-1588

---

**From:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Sent:** Monday, January 5, 2026 1:12 PM
**To:** Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Jordan.Cook@lw.com <Jordan.Cook@lw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Subject:** Re: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Hi Jordan M. and Jordan C.,

Thank you for delivering the hard-copy of our 26(f) report to the Court on Friday. Was a cover letter sent to the judge for the hard copies? If so, please send that and please copy Plaintiffs' counsel on all future correspondence to the court relating to this case. During our meet and confer last week, we agreed to meet again on Friday, January 9 to discuss outstanding discovery issues. Please let us know your availability that day.

Additionally, you represented last week that Defendants would make a production by early this week including Zovighian's custodial documents. Do you have an update on the timing of that production?

Regards,
Rebecca

7

**Rebecca Temkin** (she/her)
*Associate*
**BLB&G** Bernstein Litowitz
Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY  10020
Office: (212) 554-1588

---

**From:** Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>
**Sent:** Sunday, December 14, 2025 10:44 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Jordan.Cook@lw.com <Jordan.Cook@lw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

**[This message is from an external sender]**

---

Hi all,

I hope you had a nice weekend.  Attached is a hit report for Zovighian, Ullem, and Wilterding, applying plaintiffs' search terms.  As noted, while we reserve all rights with respect to the search parameters, we are reviewing documents within this set and will produce responsive, non-privileged documents on a rolling basis.  We expect to share screenshots showing Edwards' organizational structure this week and will follow up shortly with timing on the production of the additional Board materials that we discussed.

Jordan

---

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Monday, December 1, 2025 9:42 AM
**To:** Cook, Jordan (OC) <Jordan.Cook@lw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>
**Cc:** Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Thanks Jordan. 4pm ET tomorrow works for us. I'll update the invite.

---

**From:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>
**Sent:** Monday, December 1, 2025 12:39 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Jordan.Mundell@lw.com
**Cc:** michele.johnson@lw.com; Kristin.Murphy@lw.com
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

**[This message is from an external sender]**

---

Hi Tom,

8

Thanks for checking in.  Given some scheduling challenges with the holiday, we are currently slated to continue discussions about custodians with our client tomorrow morning.  To the extent you are available, it might make sense to schedule our call for the afternoon tomorrow ET – does 4 p.m. work for your team?

Thanks,

Jordan

**Jordan Davisson Cook**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8238

---

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Monday, December 1, 2025 8:11 AM
**To:** Cook, Jordan (OC) <Jordan.Cook@lw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>
**Cc:** Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Counsel,

We hope you had a relaxing Thanksgiving. Are you still available for a call today? And were you able to gain additional information and clarity from your client to inform our document custodian negotiations?

Thanks,
Tom

---

**From:** Thomas Sperber
**Sent:** Tuesday, November 25, 2025 2:12 PM
**To:** 'Jordan.Cook@lw.com' <Jordan.Cook@lw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Jordan.Mundell@lw.com
**Cc:** michele.johnson@lw.com; Kristin.Murphy@lw.com
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Great, thanks Jordan. I moved the invite to 2pm Monday for now just to get it back on the calendar, but happy to move it to within a window that works for everyone.

---

**From:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>
**Sent:** Tuesday, November 25, 2025 2:10 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Jordan.Mundell@lw.com
**Cc:** michele.johnson@lw.com; Kristin.Murphy@lw.com
**Subject:** Re: Patel v. Edwards Lifesciences Corp.: Draft Schedule

**[This message is from an external sender]**

---

Thanks very much - I appreciate it. Monday works, will revert back with available windows.

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Tuesday, November 25, 2025 9:53:27 AM
**To:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>
**Cc:** michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Hey Jordan,

Thanks for letting us know, totally understood. Sorry to hear about the delays, hopefully all smooth sailing from here!

Tomorrow doesn't work for us, and the rest of the week is also pretty tight with travel etc... Can we plan to talk on Monday? Hopefully that will give your team more time to get some clarity on the custodians counter-proposal.

Best,
Tom

**From:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>
**Sent:** Tuesday, November 25, 2025 12:34 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Jordan.Mundell@lw.com
**Cc:** michele.johnson@lw.com; Kristin.Murphy@lw.com
**Subject:** Re: Patel v. Edwards Lifesciences Corp.: Draft Schedule

**[This message is from an external sender]**

Hi Tom and Team,

Unfortunately I have been stuck on a runway this morning for an hour and a half with "mechanical issues" and just got an update that it's going to be at least another 30 minutes. As a result, I'm going to miss our call.

Is there a time we could reschedule tomorrow? I can be flexible on timing. Apologies for the inconvenience.

Thanks,

Jordan

**From:** Cook, Jordan (OC) <Jordan.Cook@lw.com>
**Sent:** Monday, November 24, 2025 12:10:49 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** Johnson, Michele (OC) <Michele.Johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Thanks, Tom – we'll take a look.

On discovery, this week is a little tricky just with the holiday and travel.  We can be available tomorrow late afternoon ET (say, 4:30) for half an hour or Wednesday morning PT.

**Jordan Davisson Cook**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8238

---

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Monday, November 24, 2025 9:07 AM
**To:** Cook, Jordan (OC) <Jordan.Cook@lw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Counsel,

We agree to the revisions to the schedule you requested. Attached is a streamlined document setting out the agreed-upon deadlines and accepting your revisions circulated on Friday—the only other changes are to remove the columns setting forth the parties' previous proposals.

Do please let us know if you are available later today or tomorrow to confer on discovery.

Thanks,
Tom

---

**From:** Thomas Sperber
**Sent:** Friday, November 21, 2025 12:37 PM
**To:** 'Jordan.Cook@lw.com' <Jordan.Cook@lw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jordan.Mundell@lw.com; Jeremy Robinson <Jeremy@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com; Kristin.Murphy@lw.com
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Jordan,

Thank you for the hit report, your revisions to the schedule, and the update on your proposal regarding custodians. We are considering your schedule revisions and will get back to you soon. In the meantime, can we schedule a call on Monday or Tuesday next week to discuss?

Thanks,
Tom

---

**From:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>
**Sent:** Friday, November 21, 2025 11:58 AM
**To:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jordan.Mundell@lw.com; Jeremy Robinson <Jeremy@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>

**Cc:** michele.johnson@lw.com; Kristin.Murphy@lw.com
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

**[This message is from an external sender]**

Rebecca,

Thanks for the follow up.  As I mentioned on our call, we are working with our client to obtain additional information that will better assist with our custodial negotiations.  Unfortunately, as discussed, they do not maintain historical org charts in the ordinary course, but we are trying to find a solution.  We are still working on that with the client, so need a few more days before we are ready to send a counterproposal.

In the meantime, we are providing a hit report for Plaintiffs' search terms over Mr. Zovighian's data.  While we cannot agree at this point to the search terms over unknown custodial data, we can agree to apply Plaintiffs' terms and are working to review the hits for Mr. Zovighian.  To keep things moving along, we have also collected data for Scott Ulem, Mark Wilterding, and the FEs (to the extent the Company still has data for those FEs) and will send hit reports for those custodians, as well.  Defendants reserve all rights with respect to the proposed search terms, including to further negotiate them if the hit reports from other custodians' data proves to be unduly burdensome, disproportionate to the needs of the case, and/or inappropriate for Phase 1 discovery.

I am also providing a marked-up schedule here.  While we can agree to most of the dates, as mentioned on our call, we had a few further revisions.  We are happy to discuss this and, as discussed, reserve rights to revisit these dates (and in particular, the substantial completion deadline) depending on the outcome of the parties' custodial negotiations.

Let me know if you have any questions – otherwise, we will propose times early next week for a further conference.

Thanks,

Jordan

**Jordan Davisson Cook**
Pronouns: She/Her/Hers

**LATHAM & WATKINS** LLP
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8238

**From:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Sent:** Thursday, November 20, 2025 6:58 AM
**To:** Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Cook, Jordan (OC) <Jordan.Cook@lw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Subject:** Re: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Hi Jordan,

Following up on Monday's discussion regarding the case schedule and discovery issues. You said you would send some proposals today. Can we schedule a call for tomorrow to discuss?

Let us know when works,
Rebecca

12

**Rebecca Temkin** (she/her)
*Associate*
BLB&G Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY  10020
Office: (212) 554-1588

---

**From:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Sent:** Friday, November 14, 2025 3:24 PM
**To:** Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Jordan.Cook@lw.com <Jordan.Cook@lw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Subject:** Re: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Same to you!

**Rebecca Temkin** (she/her)
*Associate*
BLB&G Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY  10020
Office: (212) 554-1588

---

**From:** Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>
**Sent:** Friday, November 14, 2025 3:22 PM
**To:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Jordan.Cook@lw.com <Jordan.Cook@lw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

**[This message is from an external sender]**

---

Thanks, Rebecca.  Let's speak at 3 ET on Monday.  Have a nice weekend.

Jordan

---

**From:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Sent:** Friday, November 14, 2025 11:44 AM
**To:** Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Cook, Jordan (OC) <Jordan.Cook@lw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Subject:** Re: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Thanks Jordan,

We are available to meet and confer on Monday from 1-2pm, or 3-5pm EST.

Let us know if that works for you.

Regards,
Rebecca


**Rebecca Temkin** (she/her)
*Associate*
BLB&G Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY  10020
Office: (212) 554-1588

---

**From:** Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>
**Sent:** Thursday, November 13, 2025 6:34 PM
**To:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Jordan.Cook@lw.com <Jordan.Cook@lw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

## [This message is from an external sender]

---

Hi Rebecca, following up with responses to your proposed list of custodians.  As you know, the Court suggested phased discovery targeting "the issue of Zovighian's knowledge and scienter," yet your list below extends well beyond that discrete issue.  For instance, you included anyone "responsible for drafting meeting minutes, agendas, presentations, or notes" for a host of internal meetings, including meetings Zovighian likely did not attend.  We're unsure what relevant information the person drafting those meeting minutes would possess—particularly when you've also requested the minutes and materials for those meetings.  We're also confused by your inclusion of each of Edwards' board members as custodians given this case concerns projections prepared at the management-level.

As you'll see from our proposed list below, we included those individuals most likely to possess relevant information regarding the discrete issue the Court reserved for phase 1 discovery, including Zovighian himself; Scott Ullem, who served as CFO; and Mark Wilterding, Edwards' SVP of Global Finance, who served as SVP in IR and FP&A during the relevant period.  We've also included the FEs, to the extent we still possess their custodial data, given the Court's reliance on allegations attributed to them in its motion to dismiss order.

We're happy to meet and confer on custodians and can be available to discuss tomorrow or early next week.  We also had a few questions regarding your latest edits to the proposed case schedule, which we can discuss on that call, too.  Let us know what works for you.

**

**Defendants' List of Custodians**:
1. Bernard Zovighian;
2. Scott Ullem;

14

3.  Mark Wilterding;
4.  FE1;
5.  FE2;
6.  FE3;
7.  FE4; and
8.  FE5.

**Search Terms**:  We are assessing your proposed search terms and will share any edits shortly.

Jordan

---

**From:** Mundell, Jordan (Bay Area)
**Sent:** Wednesday, November 12, 2025 4:34 PM
**To:** 'Rebecca Temkin' <Rebecca.Temkin@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Cook, Jordan (OC) <Jordan.Cook@lw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** Johnson, Michele (OC) <Michele.Johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Rebecca,

Thanks for sharing your proposed list of custodians and search terms.  We're considering and will get back to you shortly with our response, as well as any additional edits to the case schedule you circulated last week.  And yes, confirming that we agree to exchange initial disclosures tomorrow.

Jordan

---

**From:** Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Sent:** Wednesday, November 12, 2025 1:02 PM
**To:** Jeremy Robinson <Jeremy@blbglaw.com>; Cook, Jordan (OC) <Jordan.Cook@lw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>; Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>
**Subject:** Re: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Counsel,

We look forward to Defendants' prompt response to our November 6 proposal on the schedule, which accepts many of the dates proposed by Defendants and otherwise attempts to find middle ground to reach a compromise.  Also on November 6, to move things forward in what has been a lengthy process, we proposed that the Parties exchange initial disclosures tomorrow, November 13. Please confirm by close of business today that Defendants agree to exchange initial disclosures tomorrow.

Also, as flagged in multiple separate emails, Defendants made a small production on Monday—but did not provide the password for it until 2:30pm EST today.  As such, we have only just gained access the production.

The current agreed deadline to reach an agreement on custodians and search terms for Phase One discovery is on Friday, November 14.  Do Defendants still want to proceed with phased discovery?  If so, we would have expected to receive a proposal on custodians and search terms by now from

15

Defendants.  To state the obvious, Plaintiffs are at a significant informational disadvantage compared to Defendants.

Nevertheless, in an effort to move things forward, Plaintiffs set forth below an initial proposal regarding Phase 1 custodians/custodial sources and search terms to get the ball rolling.  We anticipate adding additional custodians or terms—so we offer the below as a first step in this process and to get discovery underway.

Initial custodians (including all personal devices, messaging applications, personal and professional email accounts, social media accounts, shared or personal drives), and custodial sources:

1. Bernard J. Zovighian
2. Larry L. Wood
3. Scott B. Ullem
4. Daveen Chopra
5. Nicholas J. Valeriani
6. Leslie C. Davis
7. David T. Feinberg
8. Kieran T. Gallahue
9. Leslie S. Heisz
10. Paul A. LaViolette
11. Steven R. Loranger
12. Ramona Sequeira
13. Current or former Edwards employees who directly reported to Defendant Zovighian during the period from January 1, 2023 through February 28, 2025 (the "Relevant Period").
14. Current or former Edwards employees who regularly met with Defendant Zovighian concerning Edwards' TAVR products during the Relevant Period.
6. Current or former Edwards employees responsible for evaluating metrics or data concerning TAVR sales and/or procedure volumes during the Relevant Period.
7. Current or former Edwards employees responsible for drafting meeting minutes, agendas, presentations or notes for any Town Hall or other internal Edwards meeting concerning TAVR growth, sales, guidance, and/or TAVR capacity (or lack thereof) during the Relevant Period.
8. Additional custodial sources:
   - Shared/common network files concerning TAVR sales and/or projections during the Relevant Period
   - Board of Directors meeting files concerning TAVR sales and/or projections during the Relevant Period (including any related minutes, agendas, written presentations, notes, materials, correspondence etc)
   - Any Board of Directors' committee meeting files concerning TAVR sales and/or projections during the Relevant Period (including any related minutes, agendas, written presentations, notes, materials, correspondence etc)
   - Town Hall-related files concerning TAVR sales and/or projections during the Relevant Period (including any related minutes, agendas, written presentations, notes, materials, correspondence etc)

Initial search terms:

16

- TAVR AND (grow* OR sales OR volume OR figure* OR number* OR capacity OR bandwidth OR constrain* OR tax* OR pressure OR revenue OR project* OR focus OR salesforce OR data OR decrease OR decel* OR declin* OR plateau OR stagnat* OR drop-off OR fall OR lower OR "8%-10%" OR "8-10%" OR "8 to 10%" OR "8% to 10%" OR 6% OR "5%-7%" OR "5-7%" OR "5% to 7%" OR "5 to 7%" OR JenaValve OR Endotronix OR Innovalve OR acqui* OR compet*)
- (PASQUAL OR EVOQUE OR TMTT) AND TAVR AND (capacity OR constrain* OR tax* OR pressure)
- (Zovighian OR Bernard) AND (8,617 OR ((sale OR sell* OR sold) /15 (stock OR shares OR insider)))
- (healthcare OR hospital OR center OR transcatheter) AND (capacity OR bandwidth)

Plaintiffs reserve all rights, including to revise, amend or supplement any of the proposed custodians or search terms set forth above.

Please confirm that Defendants agree to exchange initial disclosures on November 13, 2025 and let us know if Defendants have any additional custodians or search terms in mind.

We are immediately available to meet and confer regarding the above.

Regards,
Rebecca


**Rebecca Temkin** (she/her)
*Associate*
BLB&G Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY  10020
Office: (212) 554-1588

---

**From:** Jeremy Robinson <Jeremy@blbglaw.com>
**Sent:** Thursday, November 6, 2025 11:51 AM
**To:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>; Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Jordan and team:  Thank you again for the call earlier this week. Attached is a further proposal along the lines we discussed in clean and redline (against your last version).  Please kindly let us know if this works for Defendants.  Leaving all other issues aside, we think the parties should plan to exchange initial disclosures on November 13.  Otherwise, we continue to reserve rights.  Thank you.

Best,
Jeremy

_____
Jeremy P. Robinson

**BLB&G LLP**
Office: 212.554.1492
Mobile: 646.708.0507

---

**From:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>
**Sent:** Thursday, October 30, 2025 12:49 PM
**To:** Jeremy Robinson <Jeremy@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com; Kristin.Murphy@lw.com; Jordan.Mundell@lw.com
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

---

**[This message is from an external sender]**

Thanks, Jeremy.  We are available Monday from 9-9:30, 10-11, or 12-1 (all PT) if there is a window that works for you.

**Jordan Davisson Cook**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8238

---

**From:** Jeremy Robinson <Jeremy@blbglaw.com>
**Sent:** Thursday, October 30, 2025 7:41 AM
**To:** Cook, Jordan (OC) <Jordan.Cook@lw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>; Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Jordan:  Thank you for your email. While we continue to consider Defendants' counterproposal, we agree that it makes sense to get a call on schedule.

What timing works for Defendants tomorrow or Monday?

Best,
Jeremy

_____
Jeremy P. Robinson
**BLB&G LLP**
Office: 212.554.1492
Mobile: 646.708.0507

---

**From:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>
**Sent:** Tuesday, October 28, 2025 9:18 AM
**To:** Jeremy Robinson <Jeremy@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>

18

**Cc:** michele.johnson@lw.com; Kristin.Murphy@lw.com; Jordan.Mundell@lw.com
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

**[This message is from an external sender]**

Jeremy,

Thank you for these revisions – attached are some further revisions from Defendants.  We would suggest at this point that if there are still areas of disagreement, we hop on the phone to discuss to see if we can better understand your position and come to an agreement.  Defendants too reserve all rights.

Please let us know your thoughts when you are able.  Happy to find time to discuss as needed.

Thanks,

Jordan

**Jordan Davisson Cook**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8238

**From:** Jeremy Robinson <Jeremy@blbglaw.com>
**Sent:** Thursday, October 16, 2025 11:06 AM
**To:** Cook, Jordan (OC) <Jordan.Cook@lw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>; Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>
**Subject:** RE: Patel v. Edwards Lifesciences Corp.: Draft Schedule

Please see the attached revised draft case schedule. Notwithstanding our general disagreement with Defendants' proposed approach, we have made a good faith attempt to reach a compromise here. We reserve all rights regarding these issues, including to revert to Plaintiffs' original position on the case schedule and discovery to the extent that an agreement cannot be reached.

We look forward to Defendants' prompt response. Please let us know if a call would be helpful. Thank you.

Best,
Jeremy

---

Jeremy P. Robinson
**BLB&G LLP**
Office: 212.554.1492
Mobile: 646.708.0507

19

**From:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>
**Sent:** Friday, October 10, 2025 6:21 PM
**To:** Jeremy Robinson <Jeremy@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>
**Cc:** michele.johnson@lw.com; Kristin.Murphy@lw.com; Jordan.Mundell@lw.com
**Subject:** Patel v. Edwards Lifesciences Corp.: Draft Schedule

**[This message is from an external sender]**

Jeremy and Team,

Please see attached for a revised proposed schedule.  This remains subject to client review but wanted to send it over in the interest of time and for discussion.

Have a good weekend,

Jordan

**Jordan Davisson Cook**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Direct Dial: +1.714.755.8238
Email: jordan.cook@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.