# EXHIBIT 4

| | |
|---|---|
| **From:** | Thomas Sperber |
| **Sent:** | Sunday, March 8, 2026 1:18 PM |
| **To:** | Jordan.Cook@lw.com; Jeremy Robinson; Rebecca Temkin |
| **Cc:** | Salvatore Graziano; michele.johnson@lw.com; Kristin.Murphy@lw.com; Jordan.Mundell@lw.com; Kathy.Bruce@lw.com |
| **Subject:** | Re: Edwards Securities Litigation: Document Production Deadline |

Thanks Jordan, we are available at 2:30, but may need more than 30 minutes. Will send a dial-in.

**From:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>
**Sent:** Friday, March 6, 2026 4:20 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>; Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>; Kathy.Bruce@lw.com <Kathy.Bruce@lw.com>
**Subject:** RE: Edwards Securities Litigation: Document Production Deadline

**[This message is from an external sender]**



Tom,

As discussed, attached is a draft protective order.  Please let us know if it would be helpful to discuss on our meet and confer next week.  We are available Tuesday between 1-2 E ET or 2:30-3 ET.

Thanks,

Jordan

**Jordan Davisson Cook**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8238

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Friday, March 6, 2026 11:10 AM
**To:** Cook, Jordan (OC) <Jordan.Cook@lw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Johnson, Michele (OC) <michele.johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>; Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>; Bruce, Kathy (SD) <Kathy.Bruce@lw.com>
**Subject:** Re: Edwards Securities Litigation: Document Production Deadline

Counsel,

Thanks for your email. On Defendants' request for two more weeks to produce Chopra and Wood's documents – that's fine.  We note that the deadline you reference was not ordered by the Court.

Relatedly, we would like to meet and confer on Monday or Tuesday, please let us know your availability. On that meet and confer, please be prepared to discuss the status of Defendants' document productions, including the scope of your planned production the "2024 strategic planning documents."

We also want to discuss on the call the subpoenas that Defendants served notice of late last night. Have Defendants completed their productions of documents relating to the noticed deponents?  We also need to discuss the scheduling of those depositions, as the proposed dates do not work for us.

Further, Defendants stated months ago that they might be interested in negotiating a protective order—and they would promptly send us a draft. Given that we have not heard from Defendants on this issue since then, we understand that Defendants no longer are concerned about protecting confidentiality of discovery documents or testimony. As such, among other things, we need to discuss the impact on prior confidentiality designations that are now moot.

Best,
Tom

**From:** Jordan.Cook@lw.com <Jordan.Cook@lw.com>
**Sent:** Friday, March 6, 2026 12:32:59 PM
**To:** Jeremy Robinson <Jeremy@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; michele.johnson@lw.com <michele.johnson@lw.com>; Kristin.Murphy@lw.com <Kristin.Murphy@lw.com>; Jordan.Mundell@lw.com <Jordan.Mundell@lw.com>; Kathy.Bruce@lw.com <Kathy.Bruce@lw.com>
**Subject:** RE: Edwards Securities Litigation: Document Production Deadline

**[This message is from an external sender]**

All – just following up on the request below.  Please let us know if you consent, otherwise we may need to seek leave of the court.

**Jordan Davisson Cook**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8238

**From:** Cook, Jordan (OC)
**Sent:** Wednesday, March 4, 2026 4:27 PM
**To:** Jeremy Robinson <Jeremy@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Rebecca Temkin <Rebecca.Temkin@blbglaw.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Johnson, Michele (OC) <Michele.Johnson@lw.com>; Murphy, Kristin (OC) <Kristin.Murphy@lw.com>; Mundell, Jordan (Bay Area) <Jordan.Mundell@lw.com>; Bruce, Kathy (SD) <Kathy.Bruce@lw.com>
**Subject:** Edwards Securities Litigation: Document Production Deadline

Counsel,

Defendants have been diligently working to produce documents responsive to Plaintiffs' RFPs within the scope of Phase 1 discovery.  We anticipate making another production tomorrow and expect to complete our document productions as to all custodians except Daveen Chopra and Larry Wood by the current document production completion deadline.  However, we would appreciate confirmation that you agree to the brief two-week extension (to March 23, 2026) to complete the Chopra and Wood custodial documents that we previously previewed we may need, as well as to produce the requested 2024 strategic planning documents, which were prepared in 2023 and therefore fell outside of the date range to which Defendants agreed to perform custodial searches.  Please let us know if you consent to that extension.  Assuming you do, we will still plan to produce a privilege log on the currently scheduled deadline but would propose producing an amended privilege log which includes documents from Mr. Chopra and Mr. Wood's custodial files two weeks after completing that production (by April 6, 2026).

We are available to discuss if helpful.

Best,

Jordan

**Jordan Davisson Cook**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Direct Dial: +1.714.755.8238
Email: jordan.cook@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.