**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JEREMY P. ROBINSON (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
jeremy@blbglaw.com
Tel: (310) 819-3481

*Lead Counsel for Lead Plaintiffs Louisiana Sheriffs' Pension & Relief Fund and City of Fort Lauderdale Police & Firefighters' Retirement System and the Settlement Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DHIMANT PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDWARDS LIFESCIENCES CORPORATION and BERNARD J. ZOVIGHIAN,<br><br>Defendants. | Case No. 8:24-cv-02221-AH-KES<br><br>**LEAD PLAINTIFFS' LETTER TO THE COURT ENCLOSING REVISED PROPOSED PRELIMINARY APPROVAL ORDER WITH REVISED SCHEDULE**<br><br>Judge: Hon. Anne Hwang<br>Courtroom: 9C, 9th Floor |

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

JEREMY P. ROBINSON
(212) 554-1492
Jeremy@blbglaw.com

July 30, 2026

**Via ECF**

The Honorable Anne Hwang
Felicitas and Gonzalo Mendez United States Courthouse
350 W. 1st Street
Los Angeles, CA 90012

Re: *Patel v. Edwards Lifesciences Corp.*, Case No. 8:24-cv-02221-AH-KES (C.D. Cal.)

Dear Judge Hwang:

We represent Lead Plaintiffs in the above-referenced class action. Further to yesterday's hearing, attached as Exhibit 1 is a revised version of the Parties' [Proposed] Order Preliminarily Approving Settlement and Providing for Notice of Settlement ("Preliminary Approval Order").

As discussed at the hearing, the revised Preliminary Approval Order accommodates a Claims-filing deadline prior to the final approval hearing as well as a final approval hearing scheduled for this year. A full schedule of the applicable calendar dates, assuming that the Preliminary Approval Order is entered on Friday, July 31, 2026, and that the Court schedules the final approval hearing for Wednesday, December 16, 2026, follows:

| **EVENT** | **DEADLINE** | **CALENDAR DATE** |
|---|---|---|
| Deadline to commence mailing the Notice and Claim Form to Settlement Class Members ("Notice Date") | 15 business days after entry of the Preliminary Approval Order | Friday, August 21, 2026 |
| Deadline for publishing the Summary Notice | 10 business days after the Notice Date | Friday, September 4, 2026 |
| Deadline for submitting Claim Forms | 100 calendar days after the Notice Date | Monday, November 30, 2026 |
| Deadline for requesting exclusion from the Settlement Class or filing an objection to the Settlement | 100 calendar days after the Notice Date | Monday, November 30, 2026 |

| | | |
|---|---|---|
| Deadline for filing papers in support of final settlement approval, the Plan of Allocation, and the request for attorneys' fees and Litigation Expenses | 35 calendar days before the date scheduled for the Settlement Hearing | Wednesday, November 11, 2026 |
| Deadline for filing reply papers | 7 calendar days before the date scheduled for the Settlement Hearing | Wednesday, December 9, 2026 |
| Settlement Hearing | | Wednesday, December 16, 2026, at 1:30 p.m. |

The Parties have conferred and Defendants do not oppose the proposed schedule and respectfully defer to the Court's preference.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Jeremy P. Robinson*
Jeremy P. Robinson

*Lead Counsel for Lead Plaintiffs City of Fort Lauderdale Police & Firefighters' Retirement System and Louisiana Sheriffs' Pension & Relief Fund*

cc: All counsel of record (via ECF)